|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | DAVID M. McNEES |
|   | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 216612 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5979 |
|   | E-mail: david.mcnees@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. 08cv0836-IEG(CAB) |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | DECLARATION OF AND |
|   | ) | REQUEST FOR CLERK'S |
| v. | ) | ENTRY OF DEFAULT AS |
|   | ) | TO ANTHONY BENDER |
| $15,405.00 IN U.S. CURRENCY, | ) | AND ALL POTENTIAL |
|   | ) | CLAIMANTS |
| Defendants. | ) |   |

I, David M. McNees, Special Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On May 8, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above-named defendant property, $15,405.00 IN U.S. CURRENCY.

On May 29, 2008, the defendant was seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Marshal as custodian, dated May 12, 2008.

On May 12, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimant at his address of record:

//

//

| Name and Address | Article No. | Result |
|---|---|---|
| Anthony Bender<br>1344 Diamond Lane<br>El Cajon, CA 92021-3261 | 7004 2510 0003 3014 8459 | Signed for as received on 5/12/08. |

On June 4, 11, and 18, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notices, no claim or answer has been filed regarding the above-named defendant property by anyone.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to Anthony Bender and any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August, 2008.

s/ David M. McNees
DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: david.mcnees@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cv0836-IEG(CAB) |
| Plaintiff, ) | CERTIFICATE OF |
| ) | SERVICE BY U.S. MAIL |
| v. ) | |
| $15,405.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED that:

    I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants in this case:

    1.    Anthony Bender, 1344 Diamond Lake, El Cajon, CA 92021-3261

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 18, 2008.

                                                  s/ David M. McNees
                                                DAVID M. McNEES