KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0836-IEG(CAB) |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION |
| | ) | FOR JUDGMENT BY DEFAULT AS TO |
| v. | ) | ANTHONY BENDER AND |
| | ) | ALL POTENTIAL CLAIMANTS |
| $15,405.00 IN U.S. CURRENCY, | ) | |
| | ) | DATE: September 22, 2008 |
| Defendant. | ) | TIME: 3:30 p.m. |
| | ) | CTRM: 1 |
| | ) | |
| | ) | NO ORAL ARGUMENT PURSUANT |
| _____ | ) | TO LOCAL RULE |

TO:    ANTHONY BENDER AND ALL POTENTIAL CLAIMANTS

PLEASE TAKE NOTICE that on Monday, September 22, 2008, at 3:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Irma E. Gonzalez, United States District Court, Courtroom 1, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for a judgment by default in the instant case as to the interest of Anthony Bender and all potential claimants.

//

//

//

//

1    This motion is based on the files and records of this case, including the attached

2    Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated August 19,

3    2008  (Exhibit 2) and Declaration of David M. McNees (Exhibit 3).

4

5    DATED:  August 22, 2008

6                                            Respectfully submitted,

7                                            KAREN P. HEWITT
                                             United States Attorney
8
                                             s/David M. McNees
9                                            DAVID M. McNEES
                                             Special Assistant U.S. Attorney
10                                           Attorneys for Plaintiff
                                             United States of America
11                                           Email: david.mcnees@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cv0836-IEG(CAB) |
|---|---|---|
| Plaintiff, | )<br>)<br>) | CERTIFICATE OF<br>SERVICE |
| v. | )<br>) | |
| $15,405.00 IN U.S. CURRENCY, | )<br>) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants in this case:

1.    Anthony Bender, 1344 Diamond Lake, El Cajon, CA 92021-3261.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2008.

s/ David M. McNees
DAVID M. McNEES

08cv0836