# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs<br><br>$15,405.00 in U.S. Currency<br><br>Defendant, | Civil No.   08cv836-IEG(CAB)<br><br>**DEFAULT** |

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on May 8, 2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants and All Potential Claimants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants and All Potential Claimants is hereby entered.

Anthony Bender
All Potential Claimants

**Entered On:**   8/19/2008                           W. SAMUEL HAMRICK, JR., CLERK

By:  _J. Haslam_

J. Haslam, Deputy

EXHIBIT 2