KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cv0836-IEG(CAB) |
| Plaintiff, | DECLARATION OF DAVID M. McNEES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |
| v. | |
| $15,405.00 IN U.S. CURRENCY, | |
| Defendant. | |

I, David M. McNees, declare:

1. I am the Special Assistant United States Attorney primarily responsible for the prosecution of this case. I have prepared this Declaration based upon my review of the Court's docket and the file maintained by the U.S. Attorney's office with respect to this case.

1. On May 8, 2008, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On May 29, 2008, the defendant was seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Marshal as custodian, dated May 12, 2008.

2. On June 4, 11, and 18, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice was published in the San Diego Commerce newspaper.

**EXHIBIT 3**

**1**        3.    On May 12, 2008, a Notice of Complaint and a copy of the Complaint for Forfeiture

**2**    were sent by certified mail as follows:

**3**    <u>Name and address</u>              <u>Article No.</u>              <u>Result</u>

**4**    Anthony Bender                7004 2510 0003 3014 8459    Signed for as received
         1344 Diamond Lane                                        on 5/12/08.
**5**    El Cajon, CA 92021-3261

**6**        From the time of said notice, no claim or answer has been filed regarding the above-named

**7**    defendant.

**8**        4.    On August 18, 2008, a Declaration of and Request for Clerk's Entry of Default was

**9**    filed in this case. A Clerk's Entry of Default was issued on August 19, 2008, and a copy is hereby

**10**   attached to the Motion as Exhibit 2.

**11**       I declare under penalty of perjury that the foregoing is true and correct to the best of my

**12**   information, knowledge and belief.

**13**       DATED: August 22, 2008

**14**                                    s/David M. McNees

**15**                                    DAVID M. McNEES
                                          Special Assistant U.S. Attorney
**16**                                    Attorneys for Plaintiff
                                          United States of America
**17**                                    Email: david.mcnees@usdoj.gov